IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAROL E. STEWART,

    Plaintiff,

v.                                    CASE NO. 4:05cv67-RH/WCS

DEPARTMENT OF
CHILDREN & FAMILIES,

    Defendant.

_____/

## ORDER STAYING PROCEEDINGS

Defendant's consented motion for stay of proceedings (document 27), based on plaintiff's death, is GRANTED. All proceedings in this action are stayed until further order. For so long as the stay remains in effect, plaintiff's attorney of record in this action shall file a status report by the last day of each February and August beginning with February 28, 2006, indicating whether a personal representative has been appointed and setting forth the status of any litigation with respect thereto. In addition, each attorney of record in this action shall file a notice within 21 days after learning that a personal representative has been appointed and any litigation with respect thereto has been terminated, provided, however, that an

attorney need not file an additional notice if such a notice has been filed by any other person.

    SO ORDERED this 31st day of August, 2005.

                                                        s/Robert L. Hinkle
                                                        Chief United States District Judge